# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2015

149907

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 149907
                                     COA: 315193
ERIC D. MOORE,                     Jackson CC: 10-006275-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 24, 2014 judgment of the Court of Appeals is considered. We DIRECT the Jackson County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall specifically address whether the Court of Appeals erred by: (1) reviewing for plain error the defendant's claim that his waiver of counsel was invalid, see *People v Vaughn*, 491 Mich 642, 655 n 42 (2012); and (2) holding that *People v Carpenter*, 464 Mich 223 (2001), stands for the proposition that insanity is not a defense to general intent crimes.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2015



                                     Clerk

p0331